# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

_____

In Re:

Ronald Clarence Rymer                                    APPLICATION TO REOPEN CASE

Lori Ann Rymer,                                         BKY No. 14-50166

         Debtors.

_____

       Ronald Clarence Rymer and Lori Ann Rymer, Debtors, pursuant to 11 U.S.C. §350(b) and Federal Rules of Bankruptcy Procedure 5010, and Local Rule 5010-1(b) makes Application to this court to reopen this chapter 7 bankruptcy case and in support thereof states as follows:

       1. This chapter 7 bankruptcy case was commenced by the filing of a voluntary petition on March 11, 2014. The Trustee filed a report of no distribution and the case was closed on July 16, 2014.

       2. At the time of filing, the debtors owned an interest in real property together with several family members (the family cabin). The debtors' real property interest was omitted from Schedule A and Schedule C.

       3. The debtors were discharged on June 30, 2014.

       4. This case must be reopened and the Trustee appointed so the appropriate schedules may be amended.

       WHEREFORE, Debtors respectfully requests the Court to reopen this bankruptcy case and for such other relief as is appropriate.

Dated 10/4/2021                                                     /e/ Mark L. Soule
                                                                          Mark L. Soule #0172078
                                                                          Attorney for Debtor
                                                                          PO Box 5009
                                                                          St. Cloud, MN 56302
                                                                          (320) 251-0999

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In Re:
Ronald Clarence Rymer                    BKY No:   14-50166
Lori Ann Rymer                           Memorandum of Law
       Debtors.
_____

      11 U.S.C. Section 350(b) provides that a closed bankruptcy case can be reopened to administer assets, to accord relief to the debtor, or for other cause. 11 U.S.C. §350(b).

      Federal Bankruptcy Rule 5010 provides that a party in interest may reopen a case. Local Bankruptcy Rule 5010-1(b) provides that a case may be reopened by Application. It further provides that the court may rule upon the Application without a hearing.

      This Application is filed by the Debtors to reopen the case to Amend Schedules A and C. The debtors need to add a real property interest which was omitted from the original schedules and exempt same.

Dated 10/4/2021                          /e/ Mark L. Soule
                                                                Mark L. Soule #0172078
                                                                Attorney for Debtor
                                                                 PO Box 5009
                                                                St. Cloud, MN 56302
                                                                (320) 251-0999

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA
_____

In Re:

Ronald Clarence Rymer,                                       BKY No.: 14-50166

Lori Ann Rymer,                                            Order to Reopen Case

                 Debtors.

_____

                 At Duluth, Minnesota

        Based on the Application to reopen this case filed by the Debtors, cause exists to reopen under Fed. R. Bankr. P. 5010 and 11 U.S.C. § 350(b).

                 IT IS THEREFORE ORDERED:

                 1. The case is reopened upon payment of the $260.00 court fee.

                 2. The United States Trustee may serve as trustee if authorized, or shall appoint a trustee if appropriate.

                 3. The clerk shall serve this order upon the Applicant and the U.S. Trustee.

Dated: _____                                                      _____

                                                                              United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

In Re:
Ronald Clarence Rymer
Lori Ann Rymer,                                          BKY No.:  14-50166
              Debtor.                    UNSWORN CERTIFICATE OF SERVICE
_____

      I, Mark L. Soule, declare under penalty of perjury that on the 5th day of October, 2021 I mailed copies of the foregoing Application to Reopen case, Signature Declaration, Verification, Memorandum of Law, and Order to Reopen Case upon the US Trustee and Trustee Eric Ahlgren.


Dated 10/5/2021                                          /e/ Mark L. Soule
                                                          Mark L. Soule #0172078
                                                          Attorney for Debtor
                                                          PO Box 5009
                                                          St. Cloud, MN 56302
                                                          (320) 251-0999

REVISED 12/15

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Ronald Clarence Rymer      Case No. 14-50166
       Lori Ann Rymer
            Debtor(s).

## SIGNATURE DECLARATION

- [ ] PETITION, SCHEDULES & STATEMENTS
- [ ] CHAPTER 13 PLAN
- [ ] VOLUNTARY CONVERSION, SCHEDULES & STATEMENTS
- [ ] AMENDMENT TO PETITION, SCHEDULES & STATEMENTS
- [ ] MODIFIED CHAPTER 13 PLAN
- [X] OTHER: PLEASE DESCRIBE: __Application to Reopen Case__

I [We], the undersigned debtor(s) or authorized representative of the debtor, make the following declarations under penalty of perjury:

1. The information I have given my attorney for the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

2. The Social Security Number or Tax Identification Number I have given to my attorney for entry into the court's Case Management/Electronic Case Filing (CM/ECF) system as a part of the electronic commencement of the above-referenced case is true and correct;

3. **[individual debtors only]** If no Social Security Number was provided as described in paragraph 2 above, it is because I do not have a Social Security Number;

4. I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration;

5. My electronic signature contained on the documents filed with the Bankruptcy Court has the same effect as if it were my original signature on those documents; and

6. **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 10/4/21

x _/s/ Ronald Clarence Rymer_
Signature of Debtor 1 or Authorized
Representative

Ronald Clarence Rymer
Printed name of Debtor 1 or Authorized
Representative

x _/s/ Lori Ann Rymer_
Signature of Debtor 2

Lori Ann Rymer
Printed Name of Debtor 2