**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

Case No.: 14−50166 − WJF
Chapter: 7

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ronald Clarence Rymer<br>asf Rymer Construction LLC<br><br>6692 State Hwy 95<br>Princeton, MN 55371<br><br>Social security/Taxpayer ID/Employer<br>ID/Other Nos.: xxx−xx−8407 | Lori Ann Rymer<br><br>6692 State Hwy 95<br>Princeton, MN 55371<br><br>Social security/Taxpayer ID/Employer<br>ID/Other Nos.: xxx−xx−3932 |

## NOTICE TO FILE CLAIMS

Payment of a dividend appears possible in this case. The previous notice stated that no claims may be filed. Accordingly, pursuant to Bankruptcy Rule 3002(c)(5), creditors are hereby notified that proofs of claim must be filed by 1/8/22 , or, for governmental units, within 180 days from the date of the Order for Relief or 1/8/22 , whichever is later. Proofs of claim can be filed electronically on the court's website:  www.mnb.uscourts.gov . No login or password is required. Alternatively, a Proof of Claim form (Official Form 410) can be obtained at the same website or at any bankruptcy clerk's office.

Dated: 10/6/21

> Tricia Pepin
> Clerk, U.S. Bankruptcy Court
> 404 Gerald W. Heaney Federal Building
> and U.S. Courthouse and Customhouse
> 515 West First Street
> Duluth, MN 55802
>
> BY: admin
> Deputy Clerk

mnbflclm 10/14