UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br>RONALD CLARENCE RYMER<br>LORI ANN RYMER | CASE NO: 14-50166<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7<br>ECF Docket Reference No. 23 |

On 11/1/2021, I did cause a copy of the following documents, described below,

Notice of Sale ECF Docket Reference No. 23

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 11/1/2021

/s/ Erik A. Ahlgren
Erik A. Ahlgren  191814

Ahlgren Law Office PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN  56537
218 998 2775

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:<br><br>RONALD CLARENCE RYMER<br>LORI ANN RYMER | CASE NO: 14-50166<br><br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br><br>Chapter: 7<br>ECF Docket Reference No. 23 |

On 11/1/2021, a copy of the following documents, described below,

Notice of Sale ECF Docket Reference No. 23

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 11/1/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Erik A. Ahlgren
Ahlgren Law Office PLLC
220 W Washington Ave Ste 105
Fergus Falls, MN 56537

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
08645
CASE 14-50166
DISTRICT OF MINNESOTA
DULUTH
MON NOV 1 12-54-12 CDT 2021

~~EXCLUDE~~

~~DULUTH~~
~~404 GERALD W HEANEY FEDERAL BUILDING~~
~~AND US COURTHOUSE AND CUSTOMHOUSE~~
~~515 WEST FIRST STREET~~
~~DULUTH MN 55802-1302~~

AAA FINANCIAL SVCS
PO BOX 851001
DALLAS TX 75285-1001

ALLINA HEALTH
PO BOX 77003
MINNEAPOLIS MN 55480-7703

BANK OF AMERICA HOME LOANS
PO BOX 5170
SIMI VALLEY CA 93062-5170

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CHASE AUTO FINANCE
PO BOX 78050
PHOENIX AZ 85062-8050

DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

GC SERVICES LIMITED PARTNERSHIP
6330 GULFTON
HOUSTON TX 77081-1198

GE CAPITAL RETAIL BANK
PO BOX 965035
ORLANDO FL 32896-5035

KLEINBANK
1550 AUDUBON ROAD
STE 200
CHASKA MN 55318-4548

PATENAUDE AND FELIX APC
501 CORPORATE DR
SOUTHPOINTE CENTER SUITE 205
CANONSBURG PA 15317-8584

SAMS CLUB
GEMB
PO BOX 960013
ORLANDO FL 32896-0013

SEARS CREDIT CARDS
PO BOX 6282
SIOUX FALLS SD 57117-6282

TARGET CARD SERVICES
PO BOX 660170
DALLAS TX 75266-0170

~~EXCLUDE~~

~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

~~EXCLUDE~~

~~ERIK AHLGREN~~
~~AHLGREN LAW OFFICE~~
~~220 W WASHINGTON AVE~~
~~SUITE 105~~
~~FERGUS FALLS MN 56537-2569~~

LORI ANN RYMER
6692 STATE HWY 95
PRINCETON MN 55371-6043

DEBTOR

RONALD CLARENCE RYMER
6692 STATE HWY 95
PRINCETON MN 55371-6043

~~EXCLUDE~~

~~SAM CALVERT~~
~~SAM V CALVERT PA~~
~~1011 2ND ST N~~
~~SUITE 107~~
~~ST CLOUD MN 56303-3237~~

ADDRESSES WHERE AN EMAIL IS PRESENT WERE SERVED VIA "CM/ECF E-SERVICE" THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(U.S. Trustee)
US Trustee
1015 US Courthouse
300 S 4th St
Minneapolis, MN 55415

ustpregion12.mn.ecf@usdoj.gov

Mark Soule
Mark L Soule, Attorney at Law
PO Box 5009
St Cloud, MN 56302

marksouleatty@gmail.com

Ronald Clarence Rymer
6692 State Hwy 95
Princeton, MN 55371
(Debtor 1)
represented by:
Sam Calvert
Sam V. Calvert PA
1011 2nd St N
Suite 107
St. Cloud, MN 56303

calcloud@gmail.com

Mark Soule
Mark L Soule, Attorney at Law
PO Box 5009
St Cloud, MN 56302

marksouleatty@gmail.com

Lori Ann Rymer
6692 State Hwy 95
Princeton, MN 55371
(Debtor 2)
represented by:
Sam Calvert
Sam V. Calvert PA
1011 2nd St N
Suite 107
St. Cloud, MN 56303

calcloud@gmail.com

Ahlgren Law Office PLLC
220 W Washington Ave
Ste 105
Fergus Falls, MN 56537

(Trustee)
Erik Ahlgren
Ahlgren Law Office
220 W Washington Ave
Suite 105
Fergus Falls, MN 56537
represented by:
Erik Ahlgren
Ahlgren Law Office
220 W Washington Ave
Suite 105
Fergus Falls, MN 56537

trustee@prtel.com